ANGELO FAVA, Respondent, *v.* DUNTON LODGE REALTY COMPANY et al., Defendants, and CATHARINE I. L. PAGET et al., Appellants.

*Fava* v. *Dunton Lodge Realty Co.*, 163 App. Div. 871, affirmed.
(Submitted March 9, 1916; decided March 24, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 14, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien. Appellants alleged for a first defense that prior to the filing of plaintiff's notice of lien plaintiff had personal and actual knowledge that the appellants Paget and Hicks were purchasers in good faith and for value of the premises; that plaintiff filed his notice of lien after such knowledge, and that the lien, if any, is subject and subordinate to the title of the appellants. For a second defense they allege that prior to the filing of plaintiff's lien, plaintiff, for a valuable consideration, entered into a valid contract extending the time of payment of any moneys due, or to grow due, on account of the matter at issue until a time subsequent to the filing of his notice of lien, and subsequent to the recording of the deed to these appellants; and that at the time of the filing of the notice of lien and of the recording of the deed to these appellants no money was due to the plaintiff under the contract.

*Benjamin Reass, Hugo Hirsh* and *Emanuel Newman* for appellants.

*J. H. Denenholz* and *Benjamin Marvin* for respondent

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.